1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANSAR EL MUHAMMAD, | ) | No. C 14-1027 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| SHERIFF AHERN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

17
18
19
20
21
22
23

On March 5, 2014, petitioner, proceeding *pro se*, filed the instant federal writ of habeas corpus, pursuant to 28 U.S.C. § 2254.  That same day, the court sent a notification to petitioner informing him that he did not file a completed in forma pauperis application, nor had he paid the required filing fee.  The court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within 28 days.  No response has been received from petitioner.

24
25
26
27

In addition, on March 21, 2014, the notification sent to petitioner by the court was returned to the court with a notation that it was undeliverable because petition was not in custody.  As of the date of this order, petitioner has not updated his address with the court or submitted any further pleadings in this case.

28

Order of Dismissal Without Prejudice
P:\PRO-SE\LHK\HC.14\Muhammad027dis311.wpd

1    Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* whose address

2  changes while an action is pending must promptly file a notice of change of address specifying

3  the new address. *See* L.R. 3-11(a). The court may, without prejudice, dismiss an action when:

4  (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable,

5  and (2) the court fails to receive within sixty days of this return a written communication from

6  the *pro se* party indicating a current address. *See* L.R. 3-11(b). More than sixty days have

7  passed since the mail sent to petitioner by the court was returned as undeliverable. The court has

8  not received a notice from petitioner of a new address.

9    Accordingly, the instant petition is DISMISSED without prejudice. The clerk shall enter

10  judgment and close the file.

11    IT IS SO ORDERED.

12  Dated:  5/23/14              *Lucy H. Koh*

13                    LUCY H. KOH
                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal Without Prejudice
P:\PRO-SE\LHK\HC.14\Muhammad027dis311.wpd    2