1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANSAR EL MUHAMMAD, | ) | No. C 14-1027 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| SHERIFF AHERN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court has dismissed the instant petition without prejudice.  A judgment of dismissal

without prejudice is hereby entered.  The clerk shall close the file.

IT IS SO ORDERED.

Dated:   5/23/14

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\HC.14\Muhammad027jud.wpd